# United States District Court
# For The Western District of North Carolina
# Statesville Division

LEROY BODIE,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:07CV124-2-MU

ROBERT SMITH, SUPT.,

       Respondent.

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2007, Order.

                                      Signed: November 20, 2007

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

dockets.Justia.com